FILED

NOV 20 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID PERRY SMITH,

    Petitioner,

vs.

P. D. BRAZELTON, Warden,

    Respondent.

No. C 12-03950 EJD (PR)

JUDGMENT

For the reasons stated in the order of dismissal, this action is DISMISSED for failure to state a claim. Judgment is entered accordingly.

The clerk shall close the file.

DATED: 11/20/12

EDWARD J. DAVILA
United States District Judge

Judgment
03950Smith_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID PERRY SMITH,

    Petitioner,

v.

P. D. BRAZELTON, Warden,

    Respondent.

Case Number CV 12-03950 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____11/20/12_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**David Perry Smith**
C-13616
Pleasant Valley State Prison
P. O. Box 8500
Coalinga, CA 93210-8503

DATED: _____11/20/12_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk